IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TODD JANSEN, | ) | CASE NO. 4:06CV3309 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| TED POCWIERC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The defendant, United States of America, has timely filed a motion to dismiss the plaintiff's complaint against it pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The plaintiff has not, to date, filed a response.

IT IS ORDERED:

1. The plaintiff is given until October 12, 2007, to file his response to the motion to dismiss filed by defendant United States of America;

2. The clerk shall terminate the September 4, 2007, pro se case management deadline for the government's answer or responsive pleading; and

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: October 12, 2007 – plaintiff's response deadline on the government's motion to dismiss.

DATED this 25th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge