IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TODD JANSEN,** | ) | **CASE NO. 4:06CV3309** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **TED POCWIERC, et. al.,** | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff filed a complaint on December 26, 2007. Filing No. 1. At the time he filed this complaint, the plaintiff was incarcerated at the Platte County Jail in Columbus, Nebraska.

On September 25, 2007, the court entered a memorandum and order reminding the plaintiff that he had not responded to the United States' motion to dismiss filed on September 4, 2007. The order granted the plaintiff until October 12, 2007, to file a response. Filing No. 36. This memorandum and order was mailed to the plaintiff's address of record at that time: CJ-PLATTE, Platte County Jail, 1125 East 17th Street, Columbus, Nebraska 68601. (See Filing No. 10, return address). This mailing was returned to the clerk with no forwarding address.

The memorandum and order was resent by the clerk to 2912 29th Avenue, Columbus, NE 68601. Although this mailing was not returned, the plaintiff has not responded to the United States' motion to dismiss, and he has filed no notice of his change of address as required under Nebraska General Rule 1.3(e). This case cannot be prosecuted if the plaintiff's whereabouts remain uncertain. The court further notes that the plaintiff has filed nothing since February 4, 2007, even in response to motions filed by the defendants since that date.

IT IS ORDERED:

1. The plaintiff is given until November 5, 2007, to apprise the court of his current address, in the absence of which this case will be dismissed for failing to maintain a current address with the court and for want of prosecution; and

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: November 5, 2007: show cause deadline for failing to maintain a current address with the court;

DATED this 22nd day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge